## UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

Elaine Whigham Williams

*Plaintiff*

vs                                    --CV--        Case No. 6:16-cv-353-ORL-18-TBS

**JURY TRIAL DEMANDED**

Morris and Reynolds Insurance

Miami Dade Police Department

*Respondent*

### COMPLAINT AND JURY TRIAL DEMANDED

1. Plaintiff files her complaint and demand for Jury trial as well complaint for declatory and injunctive relief against Morris and Reynolds Insurance located at 14821 S. Dixie Blvd Miami, Florida and plaintiff respectively alleges as follows:

### PARTIES

2. Plaintiff Elaine Whigham Williams is a citizen of the United States of America and she currently resides in the state of Florida.
3. Defendant is Morris and Reynolds Insurance located at 14821 S. Dixie Hwy Miami Florida 33176
4. Defendant Miami Dade Police Department located at 9105 NW 25th St, Doral, FL 33172

## Who is Morris and Reynolds Insurance of Florida?

*Morris & Reynolds is one of Florida's, and America's, oldest and largest insurance businesses and is now in its third generation of family ownership. Morris & Reynolds Insurance offers all forms of protection including Business Coverage, Personal Protection, Individual Protection and Employee Benefits from the world's leading insurers including; AIG, ACE, Aetna, Blue Cross, CHUBB, Cigna, Crum, Fidelity, Humana, Liberty Mutual, Mercury, Nationwide, Progressive, PURE, The Travelers, United Healthcare, Universal, and Zurich to name a few. The Reynolds family has been in the insurance profession in Miami since 1910 and has owned and operated their agency, Morris & Reynolds Insurance, since 1950*

### *VISION, VALUES & OBJECTIVES*

*Communicating a clear picture of Morris & Reynolds Insurance by stating what we seek to achieve (Vision), what guides our daily behavior (Core Values), what our TEAM of people expect to accomplish (Objectives) and how we evaluate performance (Measurements) permits everyone on our TEAM to understand their roles and enjoy their work.*

### *OUR VISION*

*Morris & Reynolds Insurance seeks to be a truly excellent, innovative, caring and growth oriented business that endures over time by helping its clients manage the lifelong risks they face and obtain the peace of mind they need and deserve. We seek to be an efficient, aggressive, marketer and service provider in the fields of insurance, risk management and individual protection that is profit oriented at every level of our business and enjoys a positive work environment which attracts and retains passionate, result oriented, quality, people who care deeply about their work, their clients and their future.*

### *OUR CORE VALUES*

*Morris & Reynolds Insurance is an established business built on delivering care to our clients, TEAM members and community. Our Core Values as a business guide our decisions and behavior on a daily basis and include:*

*A COMMITMENT TO EXCELLENCE: We strive to meet and exceed the expectations of our clients, Company Partners and fellow TEAM members by producing industry leading, innovative, quality work on a daily basis. We foster our Commitment to Excellence by constantly teaching our people and proudly have one of the highest commitments to education in the industry. We base our TEAM's rewards on people's work related results, abilities and enthusiasm to produce quality work as well as to exceed our client's expectations.*

*INTEGRITY: We revere and embrace honesty. We adhere to high ethical standards, respect the privacy of our clients and each other, and encourage finding and fixing bad news and welcome debate and disagreement that leads to better results for our clients, our Company Partners and our business.*

*STRATEGIC GOALS: We strive to communicate clearly about Morris & Reynolds Insurance's ambitions as a business whether they related to serving and caring for our clients or our own growth globally, by Profit Center and by each TEAM member. We constantly evaluate performance against our strategic goals and seek ways to improve our results.*

*OUR GOLDEN RULE: We respect all people, value the differences among them and deal with everyone we come into contact with in the manner we want to be dealt with ourselves.*

*OUR GUIDING PRINCIPLES*

*What We Will Be Known For…*

*In addition to our Vision and Core Values, Morris & Reynolds Insurance has, at its foundation, a set of Guiding Principles which include the following:*

*1. GROWTH (We must grow to survive)*

*2. EXCEPTIONALLY FAIR TREATMENT OF OUR TEAM Members (Especially those who contribute every day to our success)*

*3. "Old Fashioned" SERVICE (Happily doing what we promise, when we promise or before)*

*4. Great, Industry Leading, COMMUNICATION (Via written memo, letters, proposals, newsletters and automation)*

*5. A Devoted WORK ETHIC (We cannot and will not lose to a competitor who works harder than we do). Hard work, combined with great work, will be our "calling card".*

6. *ACCOUNT Rounding (Multiple policy sales per client). It's good business for us and our clients'. One stop shopping for our clients convenience is our daily passion.*

7. *"Old Fashioned" RELIABILITY. To our client, our Company Partners and each other. On time, or early, results oriented, understanding of a problem or opportunity and its solutions. Magically, making problems disappear, never creating them.*

8. *COMPETITIVE in every way possible. Not always the "cheapest" but always competitive.*

9. *Having, displaying and embracing INTEGRITY. Also see our Core Values.*

10. *Having FUN at what we do for a living whenever possible.*

11. *CUTTING EDGE AUTOMATION. Fast, reliable, productive in lieu of production.*

12. *ACCOUNTABLE to each other, our Company Partners and mostly our clients. We must be results driven and accountable.*

13. *PRODUCTIVE and results oriented to a person, in each Profit Center and the business overall.*

14. *WINNING our renewal and new business much, much more often than losing.*

15. *GROWTH (We must grow to survive). See also Guiding  Principle# 1.*

*OUR PROFESSIONAL PEOPLE*

*EDUCATED INSURANCE PROFESSIONALS AT YOUR SERVICE*

*Morris & Reynolds Insurance is proud to offer its clients service and care from the finest TEAM of professional people in insurance. We constantly train and educate our professionals so that our clients benefit from their education and experience. Uniquely, as compared to other agencies, nearly everyone at Morris & Reynolds Insurance has earned one or more prestigious professional insurance designations including:*

*AWARD WINNING PROFESSIONAL PEOPLE*

*Many of our fine professional people have been honored with some of the most prestigious awards in the insurance industry including:*

*• Florida Insurance Agent of the Year*

*By the Florida Chapter of the Professional Insurance Agents of America*

*• Florida Insurance CSR of the Year*

*By the Florida Chapter of the Society of Customer Service Representatives*

*• National Insurance Agent of the Year*

*By the Certified Professional Insurance Agents Society of America*

*SERVING OUR COMMUNITY*

*The Reynolds family has been in South Florida since 1910 and is deeply proud of our community and the wonderful people and cultures that make this region so unique and special. Our TEAM at Morris & Reynolds is proud to support a range of important and worthy causes with our time and money including; Habitat For Humanity, Miami Children's Hospital, The Humane Society of Greater Miami, The American Cancer Society, The Zoological Society of South Florida, The Coral Gables Art Cinema and others.*

**What is Errors and Omission Insurance?**

**\*\*All insurance agency should look to hire the best qualified candidate. Omitting to do so can cause erroneous errors which affects an agents Errors and Omissions Coverage\*\***

*Errors and Omissions insurance is professional liability coverage for claims relating to either providing a professional service or failing to provide a professional service. No matter what profession you're in, an error or omission – even a simple mistake – which causes financial harm to another, can put you at risk. This type of policy can help protect you or your company from bearing the full cost of defense and damages for lawsuits that may occur. This is a separate coverage from your standard general liability or property insurance.*

**The qualifications of an experience commercial lines account manager**

*Per National Career Service Direct, Insurance account manager also known as relationship managers, develop business accounts and increase the sales of their company's insurance products. As an account manager it will be your job to persuade agents like insurance brokers and independent financial advisers to sell your policies to their customers. If you have good communication skills, and you enjoy working with different people and making presentations, then this could be the career for you. life assurance or corporate insurance. Your role is to increase the sales of those products and business accounts. You will typically: build good working relationships with brokers and other agents be responsible for several business accounts promote new insurance products, working to agreed sales targets set up meetings to develop new business accounts manage business pitches work with insurance underwriters to adapt policies set up claims handling teams and contact centre support for new policies monitor agents' sales performance develop marketing literature give advice on existing products make sure that agents meet strict financial services industry rules. You may be known by several other job titles, such as insurance sales executive, relationship manager, affinity account manager or broker consultant. Skills, interests and qualities To be an insurance account manager you need: good spoken and written communication skills excellent sales and negotiation skills confidence in making presentations and networking the ability to manage large budgets and contracts the ability to gather and analyse information honesty and a fair and consistent approach to your work drive and motivation for meeting targets organization and attention to detail strong administration and IT skills.*

5. On 12/15/2015 the plaintiff began corresponding with the Principal of Morris and Reynolds Insurance Robert Reynolds. After the Holiday Season plaintiff received an email from Dianna Phillip on 12/28/2015 which read as follows:

Dianna Philipp <dianna@morrisandreynolds.com>

**To**

Elaine Whigham Williasm

12/28/15 at 1:36 PM

Good afternoon Elaine Williasm,

I hope you are having a good holiday thus far, I would like to know if you are still considering the possibility of working here at M&R. If so, could you please contact me with a good day and time for you to come in to meet with us, we would need at least two hours of your time to complete our testing process for commercial lines. I would also like to send you via email our aptitude test and employment application.

Looking forward to your reply

Plaintiff Response:

12/29/15 at 3:35 PM

Hi Dianna,

I would definitely welcome an opportunity to work at Morris and Reynolds. Do you have any availability for next Monday the 4th of January?

Please forward the employment application and aptitude test at your convenience.

Kindest Regard,

Elaine Whigham-Williams

On Monday, December 28, 2015 1:36 PM, Dianna Philipp <dianna@morrisandreynolds.com> wrote:

Morris and Reynolds Reply and Request for Plaintiff to complete a Appitude test:

Dianna Philipp <dianna@morrisandreynolds.com>


To

Elaine Whigham Williasm

CC

Christy Canales

 12/29/15 at 3:53 PM

Good afternoon Elaine,


Thank you for your response; I will have Christy Canales send you the Aptitude Test and employment application.  Monday the 4th is going to be a little hectic with us coming off a long weekend for the New Year, are you available Tuesday the 5th? We like to schedule first thing in the morning around 9:00am. Please let me know if that works for you and I will schedule you in.


  Regards,



Dianna L. Philipp

6. On 1/5/2016 plaintiff went to Miami from Ft. Lauderdale to interview. Plaintiff ended up rescheduling the interview due to miss directions and proximity of the Morris and Reynolds Agency from W. Dixie Blvd versus S. Dixie. The plaintiff ended up walking approximately 20 miles to S. Dixie Blvd and on 1/6/2016 headed to the Morris and Reynolds Agency for her appointment.

7. When the plaintiff arrived at the agency she was greeted by Christy Canales whom appeared to be Cuban. The plaintiff was introduce to several staff members and was taken to the conference room for testing. The plaintiff was given a written test and skill test to test her insurance knowledge everyone seemed pleasant and all testing went very well. During the interview plaintiff was beautiful, professional, poised and knowledge. A perfect fit for the job. The interview lasted several hours from 9:00 am to 1:30 pm with plaintiff being given the benefit package and told there would be a meeting to discuss her interview with management. The plaintiff was told she should expect a call back to discuss salary. During the course of the plaintiff interview the plaintiff like several times before during interviews saw a Miami Dade Police Office arrive at the Morris and Reynolds Property in a SUV. The officer came into the office and plaintiff believes told the hiring manager, receptionist and applicable staff not to hire plaintiff because she was being used in a Domestic Terroristic/ Police Stating/ Gang Stalking operation to keep the plaintiff from working the Sword or which is the word of God against her and her family. This operation is called Covert War which is glamourized as a counter operations of intelligence however, it is a domestic terroristic operation being used to kill millions of innocent citizen all over the country. It is being used by police forces. The operation looks for volunteers to harass and intimidate. There is some biblical scriptures which surround this so called covert war using The Book of Revelation and Cross to harass and ruin lives from coast to coast. The operations keeps qualified employees from working and obtaining the living and it must stop. The operations is also known as POLICE STATING. It is morally and constitutionally wrong and goes against the Bill of Rights established in our constitution. The victims like the plaintiff sit back and search for answers as society and police sit back waiting for an innocent target to shot and kill. The operations also uses what is known as the 'Bikers Cross or West Coast Choppers Cross depicting a Skull with a cross symbol and stars to bring on a star wars. Which merely means the victim is cursed and is subject to fall directly face forward seeing stars. The police in the operation as used to harass and intimidate innocent victims calling family members, bribing and in this case visiting potential employers. It is nothing but organized harassment. **This included "WORKPLACE BULLYING"**
   Plaintiff has suit currently pending in the Court's regarding the murder of her son Cayman Joel Williams whom possibly was murdered Officer Gaetano Acerra of Sumter Police Department of Sumter, South Carolina. After Plaintiff son was killed Officer Gaetano Acerra had ABC News Good Morning America write a report about him depicting himself as a modern day hero in a story entitled "Distraught Child Sleep Again by Eliza Murphy. The story was a cover up for the death of plaintiff

who is missing and presumed death. Plaintiff is working with FBI to resolve this case. It is plaintiff belief that Police forces have no right to keep her from working thru slander and defamation of character. The plaintiff has been targeted by work place mobbing and predatory police state stocking for years. It is belief that this mobbing is a product of the use by some to attempt to harass American citizens with The BIBLE using the Book Of Revelations chapter 6 bring famine and plagues to many including plaintiff victimized and unable to work. The Plaintiff was very excited about the opportunity at Morris and Reynolds.

Plaintiff believe the Ice Bucket Challenge masked as Charitable event in 2014 via Facebook was the opening ceremony for a operation of malicious intent by extremist and malicious in the anti Christian community. One of the groups is the My Brothers keepers, police forces using the Ice Bucket to gas light the innocent using weapons of mass destruction including police forces to drive millions of Americans to poverty and a modern day Tribulation Period. The Ice Bucket Challenge introduced by Oprah Winfrey via Facebook and then the real operation which used Fire fighers bucket trucks, police officers, and cooperation's across the nation to harass innocent American into massive heart attacks and destruction. " The Mark of The Beast who are made up of Anti Christian initiated campaign across the nation harass and intimidate.

Ice Bucket challenge encourage all to give to the cause where ice is poured on the other party taking part in challenge head. The Challenge was officially started on or around August 15, 2014.  The challenge was not for ALS the neuro disease but for ALS or Advanced Life Support and the ICE Bucket was code for ISIL or ISIS a domestic terroristic attack using gang stalking, Islamic witchcraft, spiritual wickedness, reverse gender discrimination, color discrimination, police stating for harassment and terroriz

**What is gang stalking?**
Gang stalking is a form of community mobbing and organized stalking combined. Just like you have workplace mobbing, and online mobbing, which are both fully recognized as legitimate, this is the community form.

Gang stalking is organized harassment at it's best. It the targeting of an individual for revenge, jealousy, sport, or to keep them quite, etc.

It's a psychological attack that can completely destroy a persons life, while leaving little or no evidence to incriminate the perpetrators."

primary targets are woman, minorities, dissidents, whistle blowers, etc

**What is Predatory Gang Stalking?**

Predatory Gangstalking is also called "terror stalking", "gangstalking", "flash mobbing", "cause stalking," "hate stalking," "multi-stalking, "happy slapping," "workplace bullying, and "covert war.

" N.B. Obeah is considered one of the darkest forms of black magic known. Blood sacrifice is always used and the intent is to harm, even to death, another person.

. "Flash mobbing" is an event occurring when a targeted individual is spotted in society. Their photo and location is immediately and simultaneously sent out by cell phone text messages and Internet email to all gangstalkers within a certain radius. All gangstalkers then suddenly descend upon the target as a mob.

. "Cause stalking" refers to gangstalking by single-issue radicals.
They stalk a targeted person related to that specific agenda. "Cause stalking" has been reported to have been carried out by radical Christians who believe in "dominion theology."

Dominion Theology is a religious interpretation of the Bible which these groups believe requires them to "take dominion over the earth" which they believe is the precursor to the return of Jesus to earth. "Cause stalkers" in general believe that they are bringing about social change through gangstalking activities. "Cause stalking" can be carried out by White Supremacist as a form of "Hate Stalking (Scientology groups are another eg.)." This type of predatory gangstalking is primarily for the purpose of intimidation and often is a precursor to or an adjunct to violence.

. "Happy slapping" refers to group harassment of one youth by other youths carried live over cell phones equipped to handle video to peers youths. The young gangstalkers slap around the targeted youth while laughing at him or her while several other youths broadcast the incident live to as many peers as possible.

. "Ritual Gangstalking" is reportedly performed by cults and secret organizations such as Satanists, secret orders of free masons, some voodoo /obeah practitioners and Scientologists as a means of control or for punishment. "Ritual abuse" is incorporated into "ritual gangstalking" patterns in this case.

**The end result is financial destruction!**

**Per http://whale.to/c/predatory_gangstalking.html**

Financial devastation is another goal of Predatory Gangstalking. Towards this goal, they make attempts to destroy one's gainful employment, pose as offering services to intervene in the problem to further take your money, and will steal funds and personal property on an on-going basis. Repeated unauthorized entries into a target's residence, vehicles, computer, and workplace are hallmark tactics of this crime and is nearly impossible to stop. Predatory Gangstalkers can pick locks, bypass security alarms, and enter any location posing as utility crews, law enforcement, or delivery men. Practitioners of Predatory Gangstalking will apply for and obtain legitimate jobs in a target's home or business in order to have access to the target and their life, relationships, and assets just to do harm.

**What is Police Stalking?**

**http://fightgangstalking.com/what-is-gang-stalking/**

Is an occult. They glamourize the operation as counter intelligence but they are Satanist who harass the innocent. "Gang Stalking" is, very likely, a disinformation term created by

U.S. intelligence agencies. It refers to the intense, long-term, unconstitutional surveillance and harassment of a person who has been designated as a target by someone associated with America's security industry.

Such operations have nothing to do with criminal gangs. Official domestic counterintelligence operations of this type are – apparently – perpetrated by federal agents and contractors, sometimes with the support of state and local law enforcement personnel. The goal of such operations – in the parlance of counterintelligence agents – is to "subvert" or "neutralize" an individual deemed to be an enemy (or potential enemy) of clients or members of the security state. Arguably, the most accurate term for this form of harassment would be "counterintelligence stalking."

Published news reports and other evidence cited on this website seem to suggest that much – but not all – of this stalking is done as part of a national program. News reports indicate that such stalking is also sometimes used unofficially for personal and corporate vendettas by current and former employees of law enforcement and intelligence agencies, including private investigators.

Since counterintelligence stalking goes far beyond surveillance – into the realm of psychological terrorism, it is essentially a form of extrajudicial punishment. As such, the harassment is illegal – even when done by the government. It clearly violates the Sixth Amendment of the U.S. Constitution, for example – which guarantees the right to a trial. Such operations also violate similar fundamental rights defined by state constitutions, which people on the right of America's political spectrum claim to respect. Stalking is also specifically prohibited by the criminal codes of every state in America.

Although the term "gang stalking" is intentionally misleading, it does have one merit: it is accurate in the sense that the perpetrators – law enforcement agencies, intelligence agencies, and private security thugs – do often function in the manner of criminal gangs. Although they sometimes conduct their operations under the color of law, many of their activities have neither constitutional nor moral legitimacy. That is true of all of the likely major perpetrators of organized stalking in the U.S.: the FBI, the Department of Homeland Security, U.S. military counterintelligence agencies, state and local Law Enforcement Intelligence Units (LEIUs), and security contractors. All of those groups – and other federal intelligence agencies, such as the CIA and NSA – have well-documented histories of abusing their powers.

History

Organized stalking methods were used extensively by communist East Germany's Stasi (state police) as a means of maintaining political control over its citizens. The Stasi referred to the

tactics as "Zersetzung" (German for "decomposition" or "corrosion" – a reference to the intended psychological, social, and financial effects upon the victim).

Although they are illegal in the U.S., the same covert tactics are quietly used by America's local and federal law enforcement and intelligence agencies to suppress dissent, silence whistle-blowers, and get revenge against persons who have angered someone with connections to the public and private agencies involved.

Illegal counterintelligence operations have been perpetrated against Americans by urban police departments in the U.S. since the late 1800s. Traditionally, the groups of mostly-undercover police officers involved are called "red squads," although the modern official term is "Law Enforcement Intelligence Units (LEIUs)."

The most well-documented example of such operations was the FBI's infamous Cointelpro (Counter-Intelligence Programs) under the direction of J. Edgar Hoover. Those operations ran from 1956 until 1971 when they were exposed by political activists who broke into an FBI office and obtained secret documents which they handed over to the press.

Cointelpro's official goal was to "expose, disrupt, misdirect, discredit, or otherwise neutralize" individuals and groups deemed to be subversive.

Tactics

As the U.S. Senate's investigation of Cointelpro found, tactics used by the FBI included many of the methods associated with gang stalking, such as overt surveillance (stalking for psychological operations purposes). The agency even perpetrated crimes such as blackmail and assassinations.

Organized stalking methods include warrantless electronic surveillance, slander, blacklisting, and a variety of psychological operations. The latter presumably exploit findings from studies such as the notorious MK Ultra experiments conducted on American and Canadian citizens by the CIA, as well as the aforementioned psychological torture tactics refined by the Stasi. In fact, as explained in the overview below, former CIA analyst and expert on the history of U.S. spying, George O'Toole wrote about a connection between the CIA and the aforementioned LEIUs.

An organized stalking victim is systematically isolated and harassed in a manner intended to cause sustained emotional torment while creating the least-possible amount of evidence of stalking that would be visible to others. The process is sometimes referred to as "no-touch torture." Methods are specifically chosen for their lack of easily-captured objective evidence. Perpetrators use common annoyances such as constant noise by neighbors or rude comments and abusive behavior by strangers, but on a frequent ongoing long-term basis. The cumulative effects of relentless exposure to such tactics can amount to psychological torture for the victim.

Accomplices – such as neighbors, co-workers, and even friends or relatives of the victim in some cases – are recruited to participate (often unwittingly) by counterintelligence personnel using various means, such as by telling them that the target is a potential threat or that the target is the subject of an "investigation."

A whole set of psychological operations are perpetrated against targeted individuals. These methods, described in detail in the overview below, include such things as threats, slander, vandalism, abusive phone calls, computer hacking, tormenting the victim with noise, and "mobbing" (orchestrated verbal harassment by strangers, neighbors, or co-workers).

Accounts by numerous victims of organized stalking share common specific details – suggesting that the perpetrators are following a well-tested and standardized playbook of methods that have proven to be easily kept off of the radar of potential witnesses an

The Plaintiff Elaine Whigham Williams has been in the insurance industry since 1998. She is a dual licensed agent with both a property and casualty and a life and health license. The plaintiff has multi line and multiple insurance company. The plaintiff with Marsh and McClennan company as a Senior Account Management and has a wealth of knowledge and experience in the insurance industry. The plaintiff was a good fit for the Morris and Reynolds Opportunity. Morris and Reynolds definitely had a need for an experience insurance professional

## **EMAIL CORRESPONDENCE WITH MORRIS AND REYNOLDS POST INTERVIEW**

PLAINTIFF POST INTERVIEW THANK YOU EMAIL:

Elaine Whigham Williasm <elainewhighamwilliams2016@yahoo.com>

To

nancyk@morrisandreynolds.com, karenk@morrisandreynolds.com, Dianna Philipp, Robert Reynolds

Jan 7 at 1:28 PM

Morris and Reynolds:

It was very enjoyable to speak with you all yesterday regarding the opportunity in your commercial lines department. The job seems to be an excellent match for my skills and interests. The creative approach to account management that you described confirmed my desire to work with you.In addition to my enthusiasm, I will bring to the position strong writing skills, assertiveness, and the ability to encourage others to work cooperatively with the department.

I appreciate the time you took to interview me. I am very interested in working for you and look forward to hearing from you regarding this position.

Kindest and Sincere Regard,

Elaine Whigham Williams

Bob: Our paths did not meet yesterday however, I would like to sincerely thank you for the opportunity to meet with your team yesterday. Please do not hesitate to contact me if your team has any additional questions regarding my background and experience.

   ** There was several email correspondence between the plaintiff and Dianna at Morris and Reynolds regarding insurance license and status. **

**PLAINTIFF  1/8/2016 CORRESPONDENCE TO DIANNA AT MORRIS AND REYNOLDS**

Elaine Whigham Williasm <elainewhighamwilliams2016@yahoo.com>

To

Dianna Philipp

Jan 8 at 3:16 PM

Hi Dianna,

Follow-up to see if you all have come to a decision regarding the commercial lines position with Morris & Reynolds?

Have a pleasant weekend.

Elaine Whigham Williams

## MORRIS AND REYNOLDS RESPONSE ON 1/8/2016

- 

- 

Dianna Philipp <dianna@morrisandreynolds.com>

**To**

Elaine Whigham Williasm

**CC**

Maria Tonarely, Nancy Kleis, Karen Kulikowski

Jan 8 at 3:39 PM

Good afternoon Elaine,

Thank you for the follow up, We have not come to a decision at this time and are rethinking the commercial position, if anything changes we will let you know as we have your employment application on file.

Thank you and have a wonderful weekend

Dianna L. Philipp

General Manager

## JURISDICTION AND VENUE

### https://www.law.cornell.edu/wex/Employment_discrimination

### 8.  Employment Discrimination and the Constitution

Employment Discrimination laws seek to prevent discrimination based on race, sex, religion, national origin, physical disability, and age by employers. A growing body of law also seeks to prevent employment discrimination based on sexual orientation. Discriminatory practices include bias in hiring, promotion, job assignment, termination, compensation, retaliation, and various types of harassment. The main body of employment discrimination laws consists of federal and state statutes. The United States Constitution and some state constitutions provide additional protection when the employer is a governmental body or the government has taken significant steps to foster the discriminatory practice of the employer.

The Fifth and Fourteenth Amendments of the United States Constitution limit the power of the federal and state governments to discriminate. The Fifth amendment has an explicit requirement that the federal government not deprive individuals of "life, liberty, or property," without due process of the law. See U.S. Const. amend. V. It also contains an implicit guarantee that each person receive equal protection of the laws. The Fourteenth Amendment explicitly prohibits states from violating an individual's rights to due process and equal protection. See U.S. Const. amend. XIV. In the employment context, the right of equal protection limits the power of the state and federal governments to discriminate in their employment practices by treating employees, former employees, or job applicants unequally because of membership in a group (such as a race or sex). Due process protection requires that employees receive a fair process before the termination if the termination relates to a "liberty" (such as the right to free speech) or property interest. State constitutions may also afford protection from employment discrimination.

The Constitution does not directly constrain discrimination in the private sector, but the private sector has become subject to a growing body of federal and state statutes.

Federal Employment Statutes Prohibiting Discrimination

Section 1981 of the U.S. Code provides additional federal remedies to deter harassment and intentional discrimination in the workplace. Amended in 1991, § 1981 provides the requisite elements for proving a disparate impact claim and permits a jury to award compensatory and punitive damages in situations of intentional discrimination. Further, the U.S. Supreme Court has

recently interpreted § 1981 to imply a private cause of action for race-based retaliation claims. A race-based retaliation claim is one in which an employer has retaliated against an employee for having previously filed a complaint of racial-discrimination.


Title VII of the Civil Rights Act of 1964 prohibits discrimination in many more aspects of the employment relationship. It applies to most employers engaged in interstate commerce with more than 15 employees, labor organizations, and employment agencies. The Act prohibits discrimination based on race, color, religion, sex or national origin. Sex includes pregnancy, childbirth or related medical conditions. It makes it illegal for employers to discriminate in relation to hiring, discharging, compensating, or providing the terms, conditions, and privileges of employment. Employment agencies may not discriminate when hiring or referring applicants. The Act also prohibits labor organizations from basing membership or union classifications on race, color, religion, sex, or national origin.

## 9. Gang stalking and the Constitution

The Fifth and Fourteenth Amendments of the United States Constitution limit the power of the federal and state governments to discriminate. The Fifth amendment has an explicit requirement that the federal government not deprive individuals of "life, liberty, or property," without due process of the law. See U.S. Const. amend. V. It also contains an implicit guarantee that each person receive equal protection of the laws. The Fourteenth Amendment explicitly prohibits states from violating an individual's rights to due process and equal protection. See U.S. Const. amend. XIV. In the employment context, the right of equal protection limits the power of the state and federal governments to discriminate in their employment practices by treating employees, former employees, or job applicants unequally because of membership in a group (such as a race or sex). Due process protection requires that employees receive a fair process before the termination if the termination relates to a "liberty" (such as the right to free speech) or property interest. State constitutions may also afford protection from employment discrimination.


Plaintiff was poised and more than competent to perform all jobs task associated with position. Plaintiff was denied position due to color harassment and blatant discrimination out of malicious intent to keep plaintiff unemployed a way of gas lighting plaintiff making plaintiff more vulernable for gang stalking and community mobbing. The Community mobbing increased after plaintiff returned from Miami to Ft. Lauderdale. The plaintiff was thus exiled out of insurance industry. Used to make the plaintiff leave the South Florida area. In an attempt to force the plaintiff from the South Florida Area.


Use of Police in Mobbing:

Stalking is a method used by the police when they are angry with a person but are unable or unwilling to express their anger in proper judicial terms. Typically, the targets are marginal groups or individuals engaged in activities that are not perfectly mainstream (and therefore disliked by some) but without being punishable by law. Biker gangs, marginal political groups, human rights activists as well as dissident academics are known to have been targets of these kinds of operations in various Western countries. Very often police stalking involves monstrous abuse of power by police in cases where they are simply unable to understand and fit the subject into their normal criminal procedure scheme. Since prosecution is impossible, the goal is often to force individuals to leave a particular geographical area, though stalking operations can continue nationwide or even internationally. Police stalking is one of the most cowardly forms of policing that exist. It violates the most basic principles of the human rights revolution against state abuse. the police will devise a programme of bullying to be carried out by a mix of uniformed and plainclothes police, sometimes also with a degree of community involvement as part of a "community policing" approach.. The involvement of society at large in police stalking operations may also differ according to context. In some countries, the privacy violation involved in sharing information about fellow citizens is taken seriously by the police; as a consequence the stalking is mainly carried out by a mix of uniformed and plainclothes police. In other countries, limited segments of the local community may be involved – for example through the employment of other emergency services  in the stalking patrols (fire engines and ambulances), cooperation with shopping mall security guards (these may be asked to behave in an intimidating way towards the stalking victim) or even services providers more broadly (supermarkets, restaurants, and, where applicable, hotels.)  An advantage for the police is that people in low-income jobs will often feel gratified when asked to help the police with something and without thinking about the judicial and human-rights aspect will gladly make some extra noise in their office or restaurant "for the good cause" until the stalking victim feels so intimidated that he or she moves somewhere else. The near universal knee-jerk preparedness among large parts of the general population in many countries to do anything the police asks without considering the legal aspects of these actions (i.e being accessory to an act of stalking) is a sad but very prominent feature of many so-called liberal societies today.


In police stalking involving the society at large, each act of intimidation may be much less hurtful than what is commonly seen in a bullying situation. The whole point is to induce paranoia by repeating seemingly commonplace incidents endlessly, in what becomes a familiar pattern, at least to the stalking victim. For example, in addition to making deliberate noise, people at shops may be instructed to greet the stalking victim in particular ways, for example by compulsively using something like a "have a nice day" greeting (which is very common but surely not universal in most languages). There may be bogus emergency calls to places visited by the stalking victim with fire engines or ambulances showing up where the stalking victim is for no good reason. An alarm goes off each time the stalking victim enters a shopping centre (this is caused by interaction between the tracking device hidden on the stalking victim's belongings and the electronic theft protection system of the shop); a clearly arranged succession of cars with blinking lights will line the streets wherever he or she goes. These are plausible incidents, just

mildly out of the ordinary. Except that in a police stalking setting, on every corner there is a little oddity greeting the stalking victim. In this way, despite the seemingly innocuous and everyday character of each individual act of intimidation, the cumulative effect is bigger than in traditional bullying given the far greater scale of involvement.

The most depraved variants of police stalking involve large sections of a local community, who may take part in the stalking patrols, assist the police in disturbing the stalking victim with noise in their local neighbourhood (such as driving aggressively around the victim) or receive instructions to address the stalking victim in particular ways. At least one EU member country is known to practise this most totalitarian variant of police stalking, which conceptually seems somewhat related to social isolation methods reported from communist East Germany. Another disturbing aspect of many police stalking operations are the crude attempts by the police to signal stigmatisation and marginalisation by deliberately parading disproportionate numbers of physically and mentally handicapped people in "street theatre" designed to humiliate the stalking victim. It makes sense to discuss these particular variants of widespread community-based police stalking as possible crimes against humanity – not for what they do towards the stalking victim, but for the deliberate and disproportionate employment by the police of children and other legal minors as well as the handicapped. Not only are stigmas relating to physical handicaps reproduced. Children are socialised into believing bullying of socially marginal targets is acceptable and that the police has the right to administer extrajudicial punishment in the most totalitarian fashion imaginable.

Often these different elements are combined so that the general public may "cooperate with the police" in what they see as comparatively soft bullying during daytime (joining the police in chasing the stalking victim with their cars, for example) whereas the more physical mistreatment – chiefly sleep deprivation – is carried out by the police themselves at night in more secretive precision hits directed at the private home of the stalking victim. Normally, it is probably these nocturnal disturbances done by police away from the gaze of the public that are instrumental in putting the stalking victim under unbearable pressure and force him or her to move, but the police are happy to keep these dirtiest activities in the dark and let the general public believe it is their noble "cooperation with the police" in their shops and restaurants that pushes the stalking victim around. The use of sleep deprivation by the police in stalking operations is generally consonant with the "leave-no-marks" characteristic of torture in democratic states identified by Darius Rejali.

Legal aspects of police stalking

On top of the obvious human rights violations involved, almost all forms of police stalking are specifically illegal (and hence punishable by law) in the countries where they are carried out.

This is so, firstly because the police laws in most democratic countries do not give the police powers to conduct gross privacy invasions unless a very serious crime is suspected. In many states, even systematic surveillance (as opposed to occasional observation) requires suspicion about a specific crime that is punishable by law. Secondly, many democratic countries have laws that specifically make stalking illegal, or there are laws relating to psychological torture in place. In fact, despite the care taken by police to simulate "normal behaviour" (cars just driving in the streets and making a little noise, people slamming doors, noisy construction work etc.), these acts are prosecutable under most anti-stalking laws in the second they are staged in relation to a particular stalking victim – and with the police officer in charge as the main stalking offender. This is so because police stalking operations are quintessentially based on regular harassment of a particular individual, which is the key to defining stalking as a criminal offense in most countries that have relevant legislation, including Austria (107a), Belgium (442), Germany (241b), Italy and the Netherlands (285b). The anti-harassment law of England and Wales from 1997 similarly emphasises repeated unwanted behaviour towards someone else (twice or more). A good example is the Italian anti-stalking law, which addresses "continued harassing, threatening or persecuting behaviour which 1.) causes a state if anxiety and fear in the victim; or, 2.) fills the victim with fear for his/her own safety or for the safety of relatives…; or 3). forces the victim to change daily habits."

It is immaterial in this respect whether each act of intimidation in police stalking may be legal in isolation. It is the repeated targeting of an individual with the intention to harass – regardless of method – that is key. For example, driving a car in broad daylight with full head beam lights – a common practice for cars participating in police stalking – may not be illegal if a person does it by mistake. Conversely, once a police officer tells a citizen to turn on high beam lights in order to intimidate or terrify a fellow citizen, that police officer will in most countries be liable to prosecution for a stalking crime. If a citizen goes along with the order but without knowing the reason or intent, it may be a case of unknowing collaboration in organised stalking, and as such may not be punishable by law for that citizen. However, once he or she knows there is a deliberate intention to stalk, turning on the head lights of a car will become punishable in most countries also for the collaborator who responds to a request from the police to participate in something he or she knows (or should have known) is illegal.

This is so because the anti-stalking laws of many states in the US also require the presence of specific and explicit threats (often absent in police stalking) as part of the definition of stalking. On the other hand, Denmark appears to offer little protection since its anti-stalking law is hinged on the existence of an individual anti-stalking order by the police! Generally speaking, the minimum demand in stalking legislation worldwide is regularity of harassment, and then with some various added preconditions in countries with more liberal laws (explicit threats in the U.S., a specific warning by the victim that the stalking must stop in Belgium etc.)

In this way, police stalking contradicts almost every basic aspect of modern judicial philosophy. The judicial principles involved are no more sophisticated than those of the gang bully context. In police stalking there is neither burden of proof nor any roadmap for societal reintegration. The punishments are concocted by the police themselves or society at large depending on context. In the worst cases, the night-time harassment may be carried out by uneducated thugs that know no more about human rights and have no greater respect for human life than an average Syrian shabiha torturer. These are state-authorized bullies with the mind sets of 6-year olds who get overtime payment from supposedly liberal states for making noises with cars and slamming doors at night. Also, unlike the situation in countries that openly practice torture and corporal punishment, in Western police stalking there is no medical supervision whatsoever. It is a well known fact that psychological stress plays a key role in a number of physical illnesses and negatively affects many chronic conditions like asthma, inflammatory bowel syndrome and irritable colon. In police stalking operations, the supposedly democratic Western state is basically running around like a mad dog – barking and wheezing, entirely without being able to offer any judicial justification for its anger.

## COUNT 1

### Title VII of the Civil Rights Act of 1964 (Title VII)

**This law makes it illegal to discriminate against someone on the basis of race, color, religion, national origin, or sex. The law also makes it illegal to retaliate against a person because the person complained about discrimination, filed a charge of discrimination, or participated in an employment discrimination investigation or lawsuit. The law also requires that employers reasonably accommodate applicants' and employees' sincerely held religious practices, unless doing so would impose an undue hardship on the operation of the employer's business**

### 42 U.S. Code Chapter 21 - CIVIL RIGHTS ..

### 42 U.S. Code Subchapter VI - EQUAL EMPLOYMENT OPPORTUNITIES

10. Plaintiff incorporates and restates each of the paragraphs numbered 1-8 as if fully set forth herein.
11. Plaintiff a qualified candidate for a position at Morris and Reynolds Insurance was denied equal employment under the law even though plaintiff was qualified and the best candidate for the position. Plaintiff was discriminated upon based upon color. The plaintiff is the victim of a nationwide predatory gang stalking campaign which leads to financial destruction and possible loss of life.

## COUNT 2

**18 U.S. Code § 241 - Conspiracy against rights**

12. Plaintiff incorporates and restates each of the paragraphs numbered 1-8 as if fully set forth herein.

13. The plaintiff is the victim of a nationwide predatory gang stalking campaign which leads to financial destruction and possible loss of life.

## COUNT 3

**18 U.S. Code § 242 - Deprivation of rights under color of law**

14. Plaintiff incorporates and restates each of the paragraphs numbered 1-8 as if fully set forth herein.

15. Miami Dade Police officer arrived at Morris and Reynolds Insurance located at 14821 S. Dixie Blvd Miami, Florida at 10:30 am during interview in order to keep plaintiff from obtaining gainful employment. Plaintiff has been a victim of a gang stalking campaign since 2012. Plaintiff minor child and elderly father was killed by police and stalkers. Plaintiff has been kept from working and been depleted from a $65,000 a year salary to living off of financial aid.

## COUNT 4

**18 U.S. Code § 249 - Hate crime acts**

16. Plaintiff incorporates and restates each of the paragraphs numbered 1-8 as if fully set forth herein.

## COUNT 5

**18 U.S. Code Chapter 113B – TERRORISM**

17. Plaintiff incorporates and restates each of the paragraphs numbered 1-8 as if fully set forth herein.

## COUNT 6

**18 U.S. Code § 2332a - Use of weapons of mass destruction**

18. Plaintiff incorporates and restates each of the paragraphs numbered 1-8 as if fully set forth herein

## COUNT 7

### 18 U.S. Code § 2261A – Stalking

19. Plaintiff incorporates and restates each of the paragraphs numbered 1-8 as if fully set forth herein

20. As a direct and proximate result of Morris and  Reynolds of Florida & Miami Dade Police Department unlawful discrimination, Acts of Terrorism, Weapons of Mass Destruction, Hate Crime, employment discrimination, police stating stalking and harassment plaintiff has sustained injuries and damages including personal injury to self esteem.

21. As a direct and proximate result of Morris and Reynolds of Florida & Miami Dade Police unlawful discrimination, plaintiff has incurred the cost and reasonable expense of bringing this lawsuit, including reasonable attorney fees.

WHEREFORE, Plaintiff requests that this Court enter judgment against America Runs on Dunkin & CITY of Ft. Lauderdale Florida   providing the following relief:

(a) Compensatory damages in whatever amount in excess of $1,000,0000 for Morris and Reynolds and $5,000,0000 for Miami Dade Police of Domestic Terrorism ,stalking, harassment, ISIS exclusive of costs and interest, that Plaintiff is found to be entitled;

(b) Punitive/exemplary damages against  Morris and  Reynolds of Florida & Miami Dade Police in whatever amount, exclusive of costs and interest, that Plaintiff is found to be entitled;

(c) An order placing Plaintiff in the position that he would have been in had there been no violation of his rights;

(d) An order enjoining/restraining from further acts of discrimination;

(e) An award of interest, costs, and reasonable attorney's fees; and

Plaintiff further demands a trial by Jury

Dated: January 2 , 2016  Respectfully Submitted by Plaintiff


Elaine Whigham Williams

2700 Buford Hwy Apt. 25

Atlanta, GA 30358

## <u>Exhibits</u>

- **Application completed by Plaintiff at Morris and Reynolds day of interview**

(very neat and well written)

- **Test completed at Morris and Reynolds by Plaintiff day of ~~accident~~** *incident* / *interview*

(test shows plaintiff competence in the insurance field)

**Established 1950**

## MORRIS & REYNOLDS
### Insurance

14821 South Dixie Highway, Miami, Florida 33176
**T** 305.238.1000 | **F** 305.255.9643 | www.morrisandreynolds.com

# EMPLOYMENT APPLICATION

## APPLICANT INFORMATION

Full Name (As appears on SSN): Whigham- Williams    Elaine                         Date: 1/6/2016
                                *Last*              *First*            *M.I.*

Address: 8937 Sunrise Blvd
         *Street Address*                                    *Apartment/Unit #*
         Sunrise                    Florida                  33310
         *City*                     *State*                  *ZIP Code*

Phone: 678-993-4494          E-mail Address: elainewhighamwilliams2016@yahoo.com

Date Available: Immediately    Social Security No.: 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    Desired Salary: Open

Position Applied for: Commercial lines account manager

Are you a citizen of the United States?  YES ☐  NO ☒    If no, are you authorized to work in the U.S.?  YES ☐  NO ☒

Are you 18 years of age or older?  YES ☒  NO ☐

Have you ever been arrested?  YES ☐  NO ☒

Do you authorize us to conduct a criminal background check?  YES ☒  NO ☐

If no, explain why not:

## EDUCATION

High School: North Rose Wolcott Highm    Address: Salter Rd Wolcott, NY 14590

From: 1984   To: 1987    Did you graduate?  YES ☒  NO ☐    Degree: Diploma

College: University of Phoenix    Address: Phoenix, AZ

From: 2013   To: 2015    Did you graduate?  YES ☒  NO ☐    Degree: A.S Communication and Journalism

Other: Liberty University    Address: Lynchburg, VA

From: 2015   To: 2017    Did you graduate?  YES ☐  NO ☒    Degree: Pursuing Degree in Pre Law & Theology

## REFERENCES

*Please list three professional references.*

Full Name: Monika Simmons    Relationship: Adminstrator
Company: Synaxis              Phone: Will email
Address:

Full Name: Amanda Rennalls    Relationship: Sr. Account Manger
Company: Synaxis              Phone: will email
Address:

Full Name: Charla Zimmerman    Relationship: Supervisor
Company: Pace-Setters          Phone: will email
Address:

1

**Established 1950**
**MORRIS & REYNOLDS**
**Insurance**

14821 South Dixie Highway, Miami, Florida 33176
T 305.238.1000 | F 305.255.9643 | www.morrisandreynolds.com

## PREVIOUS EMPLOYMENT

Company: Nationwide                                                      Phone: Will email
Address: Powder Springs GA                                              Supervisor: Heather
Job Title: Sales                          Starting Salary: $35,000 + 90% Comm   Ending Salary: same as starting
Responsibilities: Sales and Service. (Commercial and Personal)
From: 12/2013   To: 12/2014   Reason for Leaving: Complete A.S degree and start on Pre Law ( All 2015 )
May we contact your previous supervisor for a reference?   YES ☒   NO ☐

Company: Marsh McClennan                                                Phone: Will email
Address: 1717 Main Street Dallas, TX                                    Supervisor: Cynthia Hammond
Job Title: Senior Level Account Rep       Starting Salary: $65,000   Ending Salary: $65,000
Responsibilities: Commercial Lines Brokerage - handled American Red Cross, American Heart and Construction Accts ( Nationwide) Book
From: 1/2013   To: 12/30/2013   Reason for Leaving: Marsh Streamlined Account Processes and moved oper. to India
May we contact your previous supervisor for a reference?   YES ☒   NO ☐

Company: Independent Agent 2009-2013 & Synaxis Account Manager 2004-2009   Phone:
Address: Florida ( Independent Book Condos, home, auto truck const'll) Syna-GA BOOK TRUCKING & MED MAL WORLD WIDE VIDEO PRODUCTION   Supervisor:
Job Title: Sales & Account Management      Starting Salary: 50,000   Ending Salary: 54,000
Responsibilities: Sales and Service Commercial lines book of business
From: 2004   To: 2013   Reason for Leaving: Marsh- Opportunity of a lifetime
May we contact your previous supervisor for a reference?   YES ☒   NO ☐

## MILITARY SERVICE

Branch: _____   From: _____   To: _____
Rank at Discharge: _____   Type of Discharge: _____
If other than honorable, explain: _____

## PROFESSIONAL LICENSES

License Type: p/c & life/health     License #: E118803 -Florida   Appointment Date: 2008-2015
License Type: p/c & life/health     License #: Georgia            Appointment Date:
License Type:                        License #:                    Appointment Date:
Designations:
Are there any conditions that exist that may prevent you from obtaining or retaining a license?   YES ☐   NO ☒
If you answered yes, please explain: _____

2

**Established 1950**

**MORRIS & REYNOLDS**
**Insurance**

14821 South Dixie Highway, Miami, Florida 33176
**T** 305.238.1000 | **F** 305.255.9643 | www.morrisandreynolds.com

## DISCLAIMER AND SIGNATURE

I understand that the employer follows an "employment at will" policy, in that I or the employer may terminate my employment at any time, or for any reason consistent with applicable state or federal law. I understand that this application is not a contract of employment. I understand that federal law prohibits the employment of unauthorized aliens; all persons hired must submit satisfactory proof of employment authorization and identity; failure to submit such proof will result in denial of employment.

I understand this application will be active for a period of one year; after that time, if I wish to be considered for employment, I must submit a new application.

I understand that the employer will thoroughly investigate my work and personal history and verify all data given on this application, on related papers, and in interviews. I authorize all individuals, schools, and firms named therein, except my current employer if so noted, to provide any information requested about me, and I release them from all liability for damage in providing this information.

I certify that all the statements herein are true and understand that any falsification or willful omission shall be sufficient cause for dismissal or refusal of employment.

Signature: _____     Date: _____

3

**Established 1950**

**MORRIS & REYNOLDS**
**Insurance**

14821 South Dixie Highway, Miami, Florida 33176
**T** 305.238.1000 | **F** 305.255.9643 | www.morrisandreynolds.com

## Writing Test

YOUR NAME: **Elaine Whigham Williams**       TODAY'S DATE: 01/06/2016

1.  Morris & Reynolds Insurance is updating our clients' contact information list.  We are unable to contact a customer via phone or email.  Please prepare a letter requesting the client to provide you with their current contact information.

Morris & Reynolds Insurance
14821 South Dixie Highway
Miami, Florida 33176
01/16/2016

ABC Condo's
Board of Directors
1 South Dixie Blvd
Miami, Florida 33176

Re: Update contact information for ABC Condo's

Dear Board of Directors:

I have made several attempts to contact you regarding your insurance coverage with Morris & Reynolds Insurance. It is important that I maintain current contact information for ABC Condo's, so that I may keep you informed of any changes or questions regarding your insurance coverage with Morris and Reynolds Insurance.

I am hereby request that you provide me with current email and phone information so that I may update our  records.

I greatly appreciate your prompt attention to that matter. Please feel free to contact me with any questions that you may have, regarding this correspondence or your current coverage with Morris & Reynolds.

Sincerely,


Elaine Whigham Williams
Commercial Account  Manager

You are my number one priority!

1

**Established 1950**

**MORRIS & REYNOLDS**
**Insurance**

14821 South Dixie Highway, Miami, Florida 33176
**T** 305.238.1000 | **F** 305.255.9643 | www.morrisandreynolds.com

2. Write a few paragraphs about your *professional* short and long term goals.

It is my opinion that one of the most important aspect of evolving or self improvement is setting long term and short term goals. Just like resolutions goals are oftentimes set aside due to life challenges. A few years ago I decided to pursue my degree in communication and journalism and in 2015 I am proud to say I was able accomplish that goal. Currently I am pursuing a degree in law and theology. I am working very hard to have my undergraduate degree in Law completed by the end of 2017.

Professionally I have my eyes set on becoming a vital part of the Morris and Reynolds organization. I hope to say in a year that my short term goal was accomplished with success. On the other hand, when setting a professional long term goal I see myself waving on the stretcher in 30 years from now right here at Morris and Reynolds with a big smile on my face as I take my last breath.

2

**MORRIS & REYNOLDS**
**Insurance**

14821 South Dixie Highway, Miami, Florida 33176
T 305.238.1000 | F 305.255.9643 | www.morrisandreynolds.com

# EMPLOYEE BENEFITS AT MORRIS & REYNOLDS INSURANCE

The following is a list of benefits offered to Morris & Reynolds Employees at this time *(July 29, 2014)* through to *September 30, 2014*. These can change due to our anniversary/marketing.

## HEALTH INSURANCE

➢ HMO, HMO Simplicity & PPO
➢ Morris & Reynolds pays 100% for the *HMO* for employees

## DENTAL

➢ HMO & PPO
➢ Morris & Reynolds pays 100% for the *HMO* for employees

## LIFE INSURANCE

➢ Morris & Reynolds pays 100% of a $25,000 life insurance for all employees

## SHORT-TERM DISABILITY

➢ Morris & Reynolds pays 100% of a $25,000 life insurance for all employees

## ADDITIONAL BENEFITS

➢ Long Term Disability
➢ Vision
➢ Hospital Indemnity Plan
➢ Additional Term Life Insurance

**Note:** *Morris & Reynolds offers these benefits but does <u>not</u> pay for them.*

## 401K RETIREMENT PLAN

➢ Morris & Reynolds also offers a 401k Retirement Plan
➢ All employees over 21 are eligible to participate after 6 months of employment

1